[No. 14462-0-II. Division Two. February 9, 1993.]

GREGORY D. MCLEOD, *Appellant,* v. PACIFIC COUNTY
CRISIS SUPPORT NETWORK, *Respondent.*

Appeal from a judgment of the Superior Court for Pacific
County, No. 90-2-00039-9, David E. Foscue, J., entered

November 30, 1990. *Affirmed* by unpublished opinion per Alexander, C.J., concurred in by Petrich and Seinfeld, JJ.